UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:15-cv-2536 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GALLEGOS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action. On January 14, 2016, plaintiff filed an affidavit bearing case number 14-cv-2939 KJM AC, his case seeking habeas corpus relief, as well as the instant case number. Plaintiff states that he broke his right leg on January 3, 2016, and will require surgery and then 90 days of physical therapy to learn to walk again. (ECF No. 6 at 1.) Throughout the affidavit, plaintiff uses the term "petitioner." He specifically states that he "would like to drop the case of Civil 15-cv-02536." (ECF No. 6 at 1.) However, he then asks for an extension of time, without identifying the deadline he seeks to extend. Plaintiff has deadlines in both cases. In the habeas action, petitioner's opposition to the motion to dismiss is overdue. In the instant action, plaintiff's application to proceed in forma pauperis was due January 10, 2016.

In an abundance of caution, the court will grant plaintiff an additional thirty days in which to submit the completed in forma pauperis affidavit or to confirm his intention to voluntarily

1 dismiss this action.  Plaintiff is cautioned that failure to comply with this order will result in a
2 recommendation that this action be dismissed.
3    Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this
4 order, plaintiff shall submit a completed application to proceed in forma pauperis, including the
5 certified prison trust account statement, or a notice of voluntary dismissal of this action.
6 Dated:  January 21, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9 herr2536.59.fb